IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
3:22-CV-00594

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>CHOATE CONSTRUCTION COMPANY,<br><br>        Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Employers Mutual Casualty Company and Defendant Choate Construction Company stipulate and agree to dismiss <u>with prejudice</u> all claims that were or could have been brought by either party to this matter. Each party shall bear its own costs and attorneys' fees. This stipulation of dismissal is signed by all parties who have appeared in this action.

Respectfully submitted this the 10th day of October, 2023.

*s/ James M. Dedman, IV*
James M. Dedman, IV (N.C. Bar No. 37415)
Gallivan, White & Boyd, P.A.
6805 Carnegie Blvd., Suite 200
Charlotte, NC 28211
(704) 227-1944
jdedman@gwblawfirm.com

*Attorneys for Plaintiff,*
*Employers Mutual Casualty Company*

*s/ Shattuck Ely*
Shattuck Ely (Ga. Bar No. 246944)
*Admitted Pro Hac Vice*
Fellows LaBriola, LLP
233 Peachtree St., NE, Suite 2400
Atlanta, GA 30303
(404) 586-9200
tely@fellab.com

*Attorneys for Defendant,*
*Choate Construction Company*